**UNITED STATES BANKRUPTCY COURT**
*District of Puerto Rico*

| | |
|---|---|
| *In re:*<br><br>*JOSE DANIEL MORALES RIVERA*<br><br>*xxx–xx–9867*<br><br>Debtor(s) | Case No. 16–03661 BKT<br><br>Chapter 13<br><br><br><br>FILED & ENTERED ON<br>*5/9/16* |

**NOTICE OF DEFICIENT FILING AND POSSIBLE DISMISSAL**

Pursuant to P.R. LBR 1007–1 (c), the petition filed by you is deficient for the reason(s) set forth below. Failure to cure the deficiency on or before two (2) business days after this notice is given, will result in the bankruptcy case being dismissed with no further notice.

☐ Incomplete Voluntary Petition for Individuals [Official Form B101]
  ☐ Part # 1 – Debtor(s) Identification
  ☐ Part # 2 – Information about the BK case
  ☐ Part # 3 – Businesses own, sole propietor
  ☐ Part # 4 – Report of property that need immediate attention
  ☐ Part # 5 – Briefing about Credit Counseling
  ☐ Part # 6 – Reporting
  ☐ Part # 7 – Signatures [incomplete]
☐ Incomplete Voluntary Petition for non Individuals [Official Form B201]
☑ Statement of Social Security Number(s) [Official Form B121]
☐ Corporate Resolution/Corporate Ownership Statement
☐ Fee (Payment due at time of filing) OR;
  ☐ Application to Pay Filing Fee in Installments [Official Form B103A]
  ☐ Application for Waiver of the Chapter 7 filing Fee [In Forma Pauperis] [Official Form B103B]
☐ Creditor Mailing Matrix not uploaded into CM/ECF
☐ Chapter 11: List of Creditors Holding 20 Largest Unsecured Claims [Official Form B104]

*MARIA DE LOS ANGELES GONZALEZ*
Clerk of the Court

By: *CYBELLE HERNANDEZ ALEJANDRO*
Deputy Clerk

Cc. Debtor via regular mail
Attorney via CM/ECF
Trustee via CM/ECF