**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**JOSE DANIEL MORALES RIVERA**  Case No. **16-03661-BKT**

Chapter 13    Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO\***

| | | | |
|---|---|---|---|
| **I. Appearances** | | | |
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [ ] Appearing: | | | |

**Date & Time:** 6/8/2016  1:11:00PM

[X] R   [ ] NR   LV: 0

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

**First Bank by Ms. Ivelisse Romero**

**II. Oath Administered**
 [X] Yes    [ ] No

---

**III. Plan**

Date: 05/06/2016    Base: $18,000.00   Payments 1 made out of 1 due.

**Confirmation Hearing Date:**    7/8/2016  2:30:00PM

**Evidence of Pmt shown:**

---

**Attorney's fees as per R. 2016(b)**

 $3,000.00  - $132.00  = $2,868.00

---

**IV. Status of Meeting**

[X] Closed     [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

 [ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**JOSE DANIEL MORALES RIVERA**

Case No. 16-03661-BKT

Chapter 13    Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO***

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[X] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br>[ ] Tax returns missing<br>  [ ] State - years<br><br>  [ ] Federal - years |

Pending/Items/ Documents:

| | |
|---|---|
| [X] DSO Recipient's Information<br><br>[X] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>  [ ] Premises<br>  [ ] Vehicle(s):<br>[ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

JOSE DANIEL MORALES RIVERA    Case No.  16-03661-BKT

Chapter 13    Attorney Name:  ROBERTO FIGUEROA CARRASQUILLO*

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 5**

**Household size: 1**

**Disp. Income under 1325(b)(2): -698.76**

I have reviewed documentary evidence on the filing of the 2012 thru 2015 state income tax returns.

Debtor(s) made aware of plan's tax refund provision to increase pay-out to creditors.

1) As per schedule J debtor have 1 dso obligation in the amount of $80.00. Debtor needs to provide evidence of being current with post petition payments and the recipient information. An email has been sent to attorneys office on 5/25/2016 regarding dso information.

2) Evidence of income was submitted yesterday, trustee will review.

3) Plan propose to pay insurance to First bank, however, no insurance quote has been submitted.

4) Plan needs to disclose the correct amount to be paid in full to Empresas Berrios as per claim #2 and for Firstbank as per claim #1.

5) Plan is insufficiently funded to pay secured creditors.

The following party(ies) object(s) confirmation:

s/Osmarie Navarro    Date:  06/08/2016

**Trustee/Presiding Officer**    (Rev. 05/13)